NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JACOB MUNT, DC #X51508,                )
                                       )
          Appellant,                   )
                                       )
v.                                     )
                                       )      Case No.  2D18-2771
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____ )

Opinion filed June 28, 2019.

Appeal from the Circuit Court for
Hillsborough County; Christopher Nash,
Judge.

Rachel E. Reese of O'Brien Hatfield, P.A.,
Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and BADALAMENTI, JJ., Concur.